■ CLIFFORD R. GRAHAM, III, Respondent, v CSX TRANSPORTATION, INC., Appellant. [820 NYS2d 828]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered February 2, 2006 in a personal injury action. The order denied defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Scudder, Kehoe, Smith and Green, JJ.